No. 900, Misc.   LEMONS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 906, Misc.   PROSTOK *v.* BURKE, WARDEN.   Sup. Ct. Wis.   Certiorari denied.

No. 918, Misc.   KOSTAL *v.* TINSLEY, WARDEN.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John P. Moore,* Assistant Attorney General, for respondent.

No. 923, Misc.   KNIGHT *v.* RAGEN, DIRECTOR OF PUBLIC SAFETY, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 926, Misc.   O'KEEFE *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 935, Misc.   JOHNSON *v.* CALIFORNIA.   C. A. 9th Cir.   Certiorari denied.

No. 936, Misc.   STANMORE *v.* COLORADO.   Sup. Ct. Colo.   Certiorari denied.

No. 937, Misc.   HEAD *v.* HEINZE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 940, Misc.   STREETER *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.